UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID IVERSON, | : | |
| Plaintiff, | : | CASE NO. 3:12-CV-1897 |
| | : | |
| v. | : | |
| | : | (JUDGE NEALON) |
| LIEUTENANT FLOWERS, ET AL., | : | |
| Defendants | : | |

# **ORDER**

**AND NOW, THIS 25TH DAY OF MARCH, 2015, IT IS HEREBY**

**ORDERED THAT** Plaintiff's motion for immediate injunctive relief, (Doc. 47), is **DENIED**.